**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Senior Care Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-2266006** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1240 Marbella Plaza Dr.** **Tampa, FL 33619** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Senior Care Group, Inc.**                                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor    **See attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Senior Care Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (*Check all that apply.*)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Senior Care Group, Inc.** _____   Case number (*if known*) _____
         Name

---

▮ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/27/17
              MM / DD / YYYY

X _David R. Vaughan_____     David R. Vaughan
   Signature of authorized representative of debtor     Printed name

Title   **Chairman of the Board**

---

**18. Signature of attorney**

X _____     Date   7/27/17
   Signature of attorney for debtor            MM / DD / YYYY

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-229-0144**     Email address _____

**710679 - Florida**
Bar number and State

---

In re   **Senior Care Group, Inc.**                                    Case No. _____
                                    Debtor(s)

# FORM 1. VOLUNTARY PETITION
## #10.  Related Cases

**Affiliated cases filing simultaneously in the Middle District of Florida, Tampa Division:**

**Senior Care Group, Inc.**

**SCG Laurellwood, LLC**

**SCG Gracewood, LLC**

**SCG Harbourwood, LLC**

**SCG Baywood, LLC**

**Key West Health and Rehabilitation Center, LLC**

**The Bridges Nursing and Rehabilitation, LLC**

1800 The Sign
2381 Griffin Road
Ft Lauderdale, FL 33312

Ability Network, Inc.
Dept CH 16577
Palatine, IL 60055-6577

Adinterim, LLC
Attn: Danny Vaughan
1240 Marbella Plaza Drive
Tampa, FL 33619

Agency for Health Care Administration
Medicaid Accounts Receivable MS #14
P O Box 13749
Tallahassee, FL 32317-3749

Agency for Health Care Administration
2727 Mahan Drive
MS #33
Tallahassee, FL 32308

Air Rescue Air Conditioning
1429 Massaro Blvd
Tampa, FL 33619

Allen Dell, P.A.
202 South Rome Avenue, Ste 100
Tampa, FL 33606

American HealthTech, Inc.
PO Box  936171
Atlanta, GA 31193-6171

Amerigroup
PO Box 933657
Atlanta, GA 31193

Amy Barnhart
2836 Whitney Street
Lakeland, FL 33813

Andrew Valiska
411 1st Ave North, #100
St Petersburg, FL 33701

Anne Bomhardt
1240 Marbella Plaza
Tampa, FL 33619

Balaye Owner`s Association Inc
%Community Assoc Management Services
PO Box 25142
Tampa, FL 33622-5142

Bank of Florida-Everbank
PO Box 179
Jacksonville, FL 32201-0179

Barbara Skeoch
10355 54th Ave North
St Petersburg, FL 33708

Baywood Nursing
1240 Marbella Plaza Dr.
Tampa, FL 33619

Becky Cunha, POA
98 N. Augustine Blvd
St Augustine, FL 32080

Betty Brockway
%Baytree Lakeside ALF
6411 46th Ave North
Kenneth City, FL 33709

Blue Cross Blue Shield
PO Box 44267
Jacksonville, FL 32231

Blue Cross Blue Shield of Georgia Inc.
PO Box 951254
Cleveland, OH 44193

Bostwick Laboratories Inc.
PO Box 403751
Atlanta, GA 30384-3751

Brett Kennedy
2103 Dolphin Blvd
Pasadena, FL 33707

Brookside Rehab & Care
310 Pensacola Road
Burnsville, NC 28714

Bruce Gaygazan
109 Mingo Road
Nicholasville, KY 40356

C. Craig Cole & Associates
317 Northwest Twelfth Street
Oklahoma City, OK 73103

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114

Catherine Seligman
2455 Pasadena Ave South
South Pasadena, FL 33707

Certified Records Management LLC
PO Box 76155
Tampa, FL 33675-1155

Chris`s Plumbing Service, Inc.
PO Box 3389
Riverview, FL 33568-3389

CIT Technology FIN Service
21146 Network Place
Chicago, IL 60673-1211

Citizens Insurance
PO Box 17850
Jacksonville, FL 32245-7850

Citrix Online, LLC
7414 Hollister Ave
Goleta, CA 93117

Cole, Scott & Kissane P.A.
9150 South Dadeland Blvd, #1400
Miami, FL 33156

Community Hospice
525 State Road 16    # 112
Jacksonville, FL 32231

Constangy, Brooks, Smith, & Prophete LLP
230 Peachtree Street, NW
Suite 2400,

Correy Pastore
1782 Brightwater Blvd NE
St Petersburg, FL 33704

Craig Wadsworth
1375 Pinellas Bayway #30
Tierra Verde, FL 33715

CTS Engraving, LLC
3433 Lithia Pinecrest Rd, #306
Valrico, FL 33596

Cummings & Kelley, PC
142 Forrest Avenue
Gainesville, GA 30501

D. R. Payne & Associates, Inc.
119 North Robinson, #400
Oklahoma City, OK 73102

Danny Vaughan
16025 Mulberry Place Circle
Lithia, FL 33547

Darlene Campbell
27447 Bahama Ave
Hayward, CA 94545

Dex Imaging Inc.
5109 West Lemon Street
Tampa, FL 33609

DigiCom, Inc.
P.O. Box 17172
Tampa, FL 33682

Directec
908 Lily Creek Road, #101
Louisville, KY 40243

Donald Johns
5537 Coronado Street
Keystone Heights, FL 32656

Dorcas Young
901 Seminole Blvd
Largo, FL 33770

Eclipse Internet Inc,
100 Ashford Center North, Ste 110
Atlanta, GA 30338

Eclipse Networks, Inc.
100 Ashford Center North, Ste 110
Atlanta, GA 30338

Emily Kolta
%The Oaks of Clearwater
420 Bay Ave
Clearwater, FL 33756

Everbank
c/o Irene Bassel Frick, Esq.
401 E. Jackson St., #1700
Tampa, FL 33602

Everbank
1185 Immokalee Rd.
Naples, FL 34110

Everbank
PO Box 11621
Newark, NJ 07101-4621

Evercare Medicaid Division
P.O. Box 31362
Salt Lake City, UT 84131

Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263-0337

Fisher & Sauls, P.A.
City Center, Ste 701
100 Second Avenue South
ST Petersburg, FL 33701

Florida Department of State
Division of Corp
P.O. Box 6327
Tallahassee, FL 32314

Florida U. C. Fund
Florida Department of Revenue
5050 W Tenneessee Street
Tallahassee, FL 32399-0110

Floyd Winston Hook, Jr. for Eloice Hook
c/o J. Logan Johnson, Esq.
920 N. Harvey
Oklahoma City, OK 73102-2610

Four Seasons Nursing Center
1212 Four Seasons Drive
PO Box 1517
Durant, OK 74701-2620

Fred Kistler
6761 15th Ave North
St Petersburg, FL 33710

Fred Shoaff
3 Tropicana Drive
Punta Gorda, FL 33950

Fudge & McArthur, PA
650 16th Street North
St Petersburg, FL 33705

Fujitec America, Inc
1930 Paysphere Circle
Chicago, IL 60674

Fusion Logistics - WWE
NW 6355
PO Box 1450
Minneapolis, MN 55485

Gable Gotwals
1100 ONEOK Plaza
100 W. 5th Street
Tulsa, OK 74103-4217

Gary Shepherd
4850 Osprey Drive So, #602
St Petersburg, FL 33711

Gibbs Armstrong Borochoff
Mullican & Hart, P.C.
601 South Boulder Ave, Suite 500
Tulsa, OK 74119

Gordon & Rees LLP
275 Battery Street, #2000
San Francisco, CA 94111

Gracewood Rehab & Nursing Care
8600 US Highway 19 North
Pinellas Park, FL 33782

Greystone Equipment Finance Corp.
25 Mall Rd., #411
Burlington, MA 01803

Hampton Inn & Suites - Durant
3199 Shamrock Lane
Durant, OK 74701

Hanover Insurance Co.
PO Box 580045
Charlotte, NC 28258-0045

Harbor Community Bank
2222 Colonial Road, #101
Ft. Pierce, FL 34950

Harbourwood Health & Rehab Center
2855 Gulf to Bay Blvd
Clearwater, FL 33759

Harry Gonzalez
8735 Osage Drive
Tampa, FL 33634

Hillsborough County Tax Collector
P.O. Box 30012
Tampa, FL 33630-3012

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jackie Woodson, POA
2608 Snail Kite Ct.
St. Augustine, FL 32092

James Clogher
1255 Pasadena Ave South
St Petersburg, FL 33707

Jean Maguire
%The Fountains
2455 Pasadena Ave South
South Pasadena, FL 33707

Jennifer Bishop
113 Arrowood Place
Ballston Spa, NY 12020

Joseph Deveaux
7575 65th Way North
Pinellas Park, FL 33781

Joseph Johnson
6262 Emerson Ave South #29
St Petersburg, FL 33707

Judy Rivers
4845 26th Court South
St Petersburg, FL 33712

Kaaren Foss
Barrington
3331 6th Ave
Largo, FL 33771

Kathryn Stanley
1412 S 115th Drive
Avondale, AZ 85323

Kathy Wegard
1204 Hiddenwood Court
Valrico, FL 33594

Lake Country Nursing Center
301-C East Colston Drive
Marietta, OK 73448-1250

Leaf Funding, Inc.
300 Outlet Pointe Blvd., #300-B
Columbia, SC 29210

Leroy Dandy
PO Box 12443
St Petersburg, FL 33733

Lewis Williams
2150 Pinellas Point Dr S
St Petersburg, FL 33712

Liddy`s Office Products
P.O. Box 924
Northport, AL 35476

Lisa Navarette
%Senior Care Group
1240 Marbella Plaza Dr.
Tampa, FL 33619

Loral Dobelbower
6280 Central Ave
St Petersburg, FL 33707

Lorene Johnson
6280 Central Ave
St Petersburg, FL 33707

Luchette Curtis
540 2nd Ave South
St Petersburg, FL 33701

Margaret VanEmburgh
42 LeBelle Street
Marlboro, MA 01752

Marian Tsakiroglou
6761 15th Ave North
St Petersburg, FL 33710

Marilyn Hopson
9225 82nd Ave North
Seminole, FL 33777

Marjorie Clynes
1309 Pelican Creek Crossing
St Petersburg, FL 33707

Mark David Russell
766 69th Avenue South
St Petersburg, FL 33705

Marshall Ellion
1461 Alcazar Way South
St Petersburg, FL 33705

Mary R. Kitching
9307 Barrington Lane
Port Richey, FL 34668

MedExpress
DWIC of Tampa Bay, Inc.
PO Box 7961
Belfast, ME 04915-7900

Myrtle MacKenzie
2000 Bilmar Lane North
St Petersburg, FL 33714

Nancy Tebo
5633 Puerts Del Soll lvd
St Petersburg, FL 33715

Neil Johnson
1615 60th Ave South
St Petersburg, FL 33712

Oak Ridge Nursing Center
1100 Oak Ridge Drive
Durant, OK 74701

Oklahoma Employment Security Commission
PO Box 52004
Oklahoma City, OK 73152-2004

Olivia Frazier
3634 4th Ave Nort
St Petersburg, FL 33713

OSM-LOR, LLC
c/o Michael Karber
800 Washington Ave. N., #501
Minneapolis, MN 55401

Otis Elevator Company
PO Box 73579
Chicago, IL 60673-7579

Patrick McDonald
2455 Pasadena Ave South
South Pasadena, FL 33707

Petitt Wolf Craine Worrell Porter LLC
4830 West Kennedy Blvd, Ste 475
Tampa, FL 33609

Philip Lowden
1901 Oyster Cathcher Lane, #814
Clearwater, FL 33762

Pinellas County Tax Collector
PO Box 10832
Clearwater, FL 33757-8832

Pitney Bowes Global Financial Services,
PO Box 371887
Pittsburgh, PA 15250-7887

Pro Clean USA, Inc.
3905 Tampa Road, #1608
Oldsmar, FL 34677

Protection One
P.O. Box 5714
Carol Stream, IL 60197-5714

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

R. Daniel Vaughan
7001 Lexingtond Dr
Roswell, GA 30075

Red River Rehab
P.O BOX 831
MADILL, OK 73446

Reingruber & Company PA
100 Second Ave South, Ste 300-S
St Petersburg, FL 33701-4360

Robert Krieger, POA
1265 Fruit Cove Rd. N.
St. Augustine, FL 11020-1092

Robert Thompson
901 Seminole Blvd
Largo, FL 33770

RoundPoint Mortgage Servicing Corp
PO Box 674150
Dallas, TX 75267-4150

Royal Building Maintenance
334 East Lake Road, Ste 208
Palm Harbor, FL 34685

Rycan Technologies Inc
PO Box 306
349 West Main St. Ste 4
Marshall, MN 56258

Sara Charrett
5350 Riverfront Drive, Apt A
Bradenton, FL 34208

Sarah E. Williams
Estate of Kenneth Brown
840 Beach Drive NE
St Petersburg, FL 33701

Senior Care Group
1240 Marbella Plaza Drive
Tampa, FL 33619

Senior Care Group - Health Claims Acct
1240 Marbella Plaza Drive
Tampa, FL 33619

Senior Living Guide
490 1st Avenue South
St Petersburg, FL 33701

Senior Voice of Florida
18213 30th Street
Lutz, FL 33548

Shawn Harrison Associates
1010 N. Florida Ave
Tampa, FL 33602

Shawn Harrison PLLC
1010 N. Florida Ave
Tampa, FL 33602

Shumaker, Loop & Kendrick, LLP
Bank of America Plaza, Ste 2800
101 East Kennedy Blvd
Tampa, FL 33602-5151

Spectrum Business
P.O. Box 31710
Tampa, FL 33631-3710

St. Johns County Tax Collector
P.O. Box 9001
St. Augustine, FL 32085-9001

Staples Advantage
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

STC Fire and Emergency Equipment Service
P.O. Box 588
Lithia, FL 33547-0588

Stewart Management Company
Nemours Building, Ste 1410
1007 Orange Street
Wilmington, DE 19801

Sue Talaga
6145 Sun Blvd
St Petersburg, FL 33711

Sunrise Rehabilitation & Care
306 Deer Park Road
Nebo, NC 28761

Sunrise Senior Living
c/o McDermott Will & Emery LLP
500 North Capitol St. NW
Washington, DC 20001

Susan Immerman
7300 Sun Island Dr South, #703
S. Pasadena, FL 33707

The Home Association
301 W. Platt Street, Ste 324
Tampa, FL 33606

Tina Dial
2347 63rd Ave South, #347
St Petersburg, FL 33712

Tom McIntosh
131 Jefferson Drive
Durham, NC 27712

Transamerica Insurance
P.O. Box 97
Scranton, PA 18504

Tremco Weatherproofing Technologies, Inc
PO Box 931111
Cleveland, OH 44193-0511

Tricare for Life
P.O. Box 7890
Madison, WI 53707

Tricia Bailey
9520 Sun  Isle Dr NE
St Petersburg, FL 33702

TrustCommerce
9850 Irvine Center Drive
Irvine, CA 92618

U.S. Bank, N.A., Trustee
60 Livingston Ave.
Saint Paul, MN 55107

Unemployment Tax Control Associates Inc
One Financial Plaza,
1350 Main St, 12th Floor
Springfield, MA 01103

US Bancorp
P.O. Box 580337
Minneapolis, MN 55458

VRx Consulting LLC
2797 Knockawuddy Drive
Brownsburg, IN 46112

Wallace Bell
6280 Central Ave
St Peterseburg, FL 33707

William Klement
4501 45th Street South
St Petersburg, FL 33711

William Nicola
4751 Innisfil Street
Palm Harbour, FL 37683