Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Senior Care Group, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Cross Blue Shield of Georgia Inc. PO Box 951254 Cleveland, OH 44193 | | | | | | $242,459.21 |
| Agency for Health Care Administration Medicaid Accounts Receivable MS #14 P O Box 13749 Tallahassee, FL 32317-3749 | | | | | | $215,790.00 |
| Agency for Health Care Administration 2727 Mahan Drive MS #33 Tallahassee, FL 32308 | | | | | | $192,500.00 |
| Gable Gotwals 1100 ONEOK Plaza 100 W. 5th Street Tulsa, OK 74103-4217 | | | | | | $70,971.64 |
| Cole, Scott & Kissane P.A. 9150 South Dadeland Blvd, #1400 Miami, FL 33156 | | | | | | $42,078.16 |
| RoundPoint Mortgage Servicing Corp PO Box 674150 Dallas, TX 75267-4150 | | | | | | $24,085.68 |
| Lake Country Nursing Center 301-C East Colston Drive Marietta, OK 73448-1250 | | | | | | $20,824.00 |
| Gibbs Armstrong Borochoff Mullican & Hart, P.C. 601 South Boulder Ave, Suite 500 Tulsa, OK 74119 | | | | | | $20,121.18 |
| Gordon & Rees LLP 275 Battery Street, #2000 San Francisco, CA 94111 | | | | | | $16,023.50 |

Debtor **Senior Care Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amerigroup<br>PO Box 933657<br>Atlanta, GA 31193 | | | | | | $14,396.89 |
| Sunrise Senior Living<br>c/o McDermott Will & Emery LLP<br>500 North Capitol St. NW<br>Washington, DC 20001 | | | | | | $12,500.00 |
| Fisher & Sauls, P.A.<br>City Center, Ste 701<br>100 Second Avenue South<br>ST Petersburg, FL 33701 | | | | | | $12,080.00 |
| American HealthTech, Inc.<br>PO Box  936171<br>Atlanta, GA 31193-6171 | | | | | | $11,183.68 |
| C. Craig Cole & Associates<br>317 Northwest Twelfth Street<br>Oklahoma City, OK 73103 | | | | | | $10,867.63 |
| Adinterim, LLC<br>Attn: Danny Vaughan<br>1240 Marbella Plaza Drive<br>Tampa, FL 33619 | | | | | | $9,847.63 |
| Hillsborough County Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | | | | | | $9,330.71 |
| Tremco Weatherproofing Technologies, Inc<br>PO Box 931111<br>Cleveland, OH 44193-0511 | | | | | | $7,155.55 |
| Petitt Wolf Craine Worrell Porter LLC<br>4830 West Kennedy Blvd, Ste 475<br>Tampa, FL 33609 | | | | | | $6,546.38 |
| Blue Cross Blue Shield<br>PO Box 44267<br>Jacksonville, FL 32231 | | | | | | $6,159.00 |
| CIT Technology FIN Service<br>21146 Network Place<br>Chicago, IL 60673-1211 | | | | | | $5,956.44 |

**Fill in this information to identify the case:**

Debtor name: **Senior Care Group, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7.27.17    x  /s/ David R. Vaughan
                            Signature of individual signing on behalf of debtor

**David R. Vaughan**
Printed name

**Chairman of the Board**
Position or relationship to debtor