UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | *Jointly Administered with:* |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

## DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

SENIOR CARE GROUP, INC. ("**Senior Care**"), Key West Health and Rehabilitation Center, LLC ("**Key West**"), SCG Baywood, LLC ("**Baywood**"), SCG Gracewood, LLC ("**Gracewood**"), SCG Harbourwood, LLC ("**Harbourwood**"), SCG Laurellwood, LLC ("**Laurellwood**"), and The Bridges Nursing and Rehabilitation, LLC ("**Home Association**") (collectively, the "**Debtors**"), by and through their undersigned attorneys, pursuant to Local Rule 2081-1, hereby file this Chapter 11 Case Management Summary (the "**Summary**"). For its Summary, the Debtors state the following:

**Introduction**

On July 27, 2017 (the "**Petition Date**"), the Debtors filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to an order of this Court, the cases are being jointly administered for procedural purposes only.

**Case Management Items**

Senior Care is a Pennsylvania non-profit corporation that was incorporated on August 16, 1983 as Locust Mountain Health Care Facility, Inc.  It acquired a hospital and converted it into a nursing home, which Locust Mountain operated until its sale in 1998.

Following the sale, a new board of directors assumed control of the organization and the name was changed to Senior Care.  The new board expanded the company's mission to provide services across multiple levels of the continuum of long term care services across multiple states. Senior Care was a pioneer in the local nursing home industry, including developing the first nursing home facility in the country using industrial bonds in 1998.  Over the years, Senior Care has owned, either directly or indirectly, over 25 nursing home facilities in four states.  Currently, Senior Care owns all of the memberships interests in thirteen companies which operate nursing homes, a rehabilitation company, personal home care and a home health facility in Florida, North Carolina, Oklahoma, and Georgia.

Senior Care provides services to residents and patients with a full spectrum of skilled nursing and long-term health care services.  A clinical staff consisting of medical directors, registered nurses, licensed practical nurses, and certified nursing assistants allows Senior Care and its subsidiaries to provide specialized services to its residents and patients with medically complex conditions and higher acuity needs.  Such services allow Senior Care to obtain higher

revenues per patient day from Medicare and managed care providers.  Senior Care also offers several direct care services such as therapy, hospice care, Alzheimer's, and dementia care within its portfolio of facilities.

The Florida Operators[1] operate skilled nursing homes in Florida have also filed bankruptcy petitions.  Baywood is licensed to operate a fifty-nine-bed facility located at 2000 – 17th Avenue South, St. Petersburg, Florida.  Gracewood is licensed to operate a 120-bed facility located at 9600 U.S. Highway 19 North, Pinellas Park, Florida.  Harbourwood is licensed to operate a 120-bed facility located at 549 Sky Harbor Drive, Building No. 31, Clearwater, Florida.  Laurellwood is licensed to operate a sixty-bed facility located at 3127 – 57th Avenue North, St. Petersburg, Florida.  Key West is licensed to operate a 120-bed facility located at 5860 W. Junior College Road, Key West, Florida.  Bridges is licensed to operate a ninety-six-bed facility located at 1203 East 22nd Avenue, Tampa, Florida.

Each of the Florida Operators serves a low-income population of their communities.  A high percentage of residents and patients at the Baywood, Gracewood, and Laurellwood facilities suffer from severe cognitive deficiencies, mental illness, and challenging behavioral issues.  Many of the skilled nursing facilities in the community lack the resources and equipment to adequately treat and are for these residents and patients.

## I.  Location of Debtor's Operations and Whether Leased or Owned

Senior Care operates at 1240 Marbella Plaza Drive, Tampa, Florida.  The Florida Operators each lease the premises on which they operate.[2]

---

[1]  References to the Florida Operators shall mean Key West, Baywood, Gracewood, Harbourwood, Laurellwood, and Home Association.
2 Key West operates under a ninety-nine-year ground lease.

## II.   Reasons for Filing Chapter 11

Senior Care, either directly or through wholly-owned subsidiaries, began to expand in 1998, with significant growth, including the development of facilities, from 2004 to 2006.  As a result of its expansion, Senior Care became highly leveraged.  Senior Care experienced significant issues dealing with secured debt during the credit crisis which began in 2008.  Certain obligations were restructured during this time and other secured creditors obtained deficiency judgments, which had the combined effect of saddling Senior Care with significant legacy debts.

Changes in Medicaid and Medicare adversely impacted Senior Care's cash flow at a time it was struggling to deal with the legacy debts.  Reductions in reimbursement rates at times when the costs of complying with increased government regulations resulted in an inability to pay certain debts as they came due.

One of the largest of the Debtors' facilities, Lakeshore, lost its certification in 2013. Senior Care lost a significant stream of revenues when Lakeshore stopped paying management fees.  Other subsidiaries that provided rehabilitation and home healthcare services to residents and former residents of Lakeshore had their cash flow adversely impacted.

Other than Key West, the Florida Operators fell behind in Quality Assessment Fees.  The Debtors' chapter 11 filings were necessitated by litigation with the State of Florida ("**AHCA**") and actions being taken against Senior Care to recover deficiency judgments.

### III. List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing

Each of the Debtors have the same officers and directors, which are as follows:

David Vaughan, Chairman - $330,000

Michelle Vaughan, President – $110,000

Brian Brinkerhoff, Chief Operating Officer - $170,000

4

Amy Barnhart, Chief Financial Officer - $110,000

The directors for Senior Care are:

David Vaughan

Michelle Vaughan

Susan Rüil

## IV. Debtor's Annual Gross Revenues

Each of the Debtors had the following gross revenues for the fiscal year ended June 30,

2017:

Senior Care – $4,090,429

Key West - $10,155,141

Baywood - $4,405,077

Gracewood - $8,611,807

Harbourwood - $10,224,784

Laurellwood - $4,255,522

Bridges - $8,255,495

## V. Amounts Owed to Various Classes of Creditors

The Debtors owe the following creditors:

**Secured Claims:**

In connection with a loan restructuring with Fifth Third, a promissory note in the amount

of $6 million was executed.  The parties obligated on that promissory note are Senior Care,

Baywood, Gracewood, Harbourwood, and Laurellwood.  Key West has a ninety-nine-year

ground lease with the Lower Florida Keys Hospital Authority, which is financed through HUD.

Centennial Bank, LQC, and Bank of America have obtained judgments against Senior Care.  Some of the judgments may have been recorded.

**Priority Claims:**

The Debtors owe pre-petition wages which are discussed below.

**Unsecured Claims:**

The following entities owe Quality Assessment Fees to AHCA:  Baywood, Gracewood, Harbourwood, Laurellwood, and Home Association, which total approximately $12 million.  The Debtors also owe the following amounts for other unsecured claims:

Senior Care – $5.1 million

Key West – $2.5 million

Baywood – $1.6 million

Gracewood – $4.2 million

Harbourwood – $4.3 million

Laurellwood – $1.3 million

Home Association - $3.2 million

VI. **General Description and Approximate Value of the Debtor's Current and Fixed Assets[3]**

Senior Care's assets consist of receivables of approximately $8 million, and furniture, vehicles, and computers which have a book value of $40,000.

The Debtors' assets consist primarily of accounts receivable and personal property. Excluding intercompany receivables, the value of the Debtors' assets are as follows:

Key West - $2.0 million and $800,000.  Key West leases the building on a ground lease and carries the value of the building as an asset in the amount of $2.6 million.

---

3 Values reflect book values.

Baywood – Accounts receivable of approximately $#655,000 and furniture, fixtures and computers of $20,000.

Gracewood – Accounts receivable of $1.6 million and furniture, fixtures and computers of $97,000.

Harbourwood – Accounts receivable of $900,000 and furniture, fixtures and computers of $115,000.

Laurellwood – Accounts receivable of approximately $800,000 and furniture, fixtures, and computers of $50,000.

Home Association – Accounts receivable of $1.5 million.

### Number of Employees and Amount of Wages Owed as of Petition Date

As of the Petition Date, the Debtors employed approximately 650 full and part time staff members.  The Debtors owed employees for seven days of service provided before the Petition Date, which represents approximately $500,000.

### VII.    Status of Debtors' Payroll and Sales Tax Obligations

Prior to the Petition Date, the Debtors were current with their payroll and sales taxes obligations.

### VIII.    Anticipated Emergency Relief Within 14 Days of Petition Date

The Debtors anticipate filing, or have filed, the following pleadings requesting emergency relief within 14 days of the Petition Date:

1.    Debtors' Emergency Motion to Approve Use of Cash Collateral.

2.    Debtors' Emergency Motion to Pay Prepetition Wages.

3.    Motion to Pay Affiliates

4.    Motion to Extend Utility Stay

### IX. Strategic Objectives

The Debtors intend to reorganize for the benefit of holders of allowed claims which could include the sale of certain assets.

WHEREFORE, the Debtors respectfully submit this as their Case Management Summary.

/s/  Scott A. Stichter
Scott A. Stichter (FBN 0710679)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
sstichter@srbp.com
Attorneys for Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 31st day of July, 2017 by either the Court's CM/ECF electronic mail system or by E-mail to the Office of the United States Trustee.

/s/ Scott A. Stichter
Scott A. Stichter

13506 (1905920)v2

8