UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | *Jointly Administered with:* |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
|     Debtors. | |
| _____/ | |

**NOTICE OF FILING AND SERVICE OF
NOTICES OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
<u>DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS</u>**

NOTICE IS GIVEN of the filing and service of the attached **NOTICES OF (I)
PROPOSED SALE OR OTHER DISPOSITION OF CERTAIN OF ASSETS OF SCG
BAYWOOD, LLC; SCG GRACEWOOD, LLC; SCG HARBOURWOOD, LLC; AND SCG
LAURELLWOOD, LLC, (II) ASSUMPTION AND ASSIGNMENT OF CONTRACTS,
AND (III) DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**, in

accordance with the auction and sale procedures ordered by the Court at the hearing held on November 9, 2017.  The Notices were served on November 27, 2017.

>   /s/ Elena Paras Ketchum
> Elena Paras Ketchum (FBN 0129267)
> Stichter Riedel Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida   33602
> Telephone: (813) 229-0144
> Fax:  (813) 229-1811
> Email: eketchum@srbp.com
> Attorneys for Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Filing and Service* has been furnished on this 28th day of November, 2017, by the Court's CM/ECF electronic mail system to all parties receiving electronic notice.

> /s/ Elena Paras Ketchum
> Elena Paras Ketchum

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Baywood, LLC** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Baywood, LLC is a party:

**CONTRACT:**  Lease of Premises by SCG Baywood, LLC

**ARREARAGE CURE AMOUNT:** $148,980.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.       THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder"**) wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid"**) to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to all parties receiving electronic notice and by U.S. Mail to:

Baywood, LLC
1240 Marbella Plaza Drive
Tampa, Florida 33619

_/s/ Scott A. Stichter_
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **CIT Technology Financing Services, Inc.** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Baywood, LLC is a party:

**CONTRACT:** Lease of Copier by SCG Baywood, LLC

**ARREARAGE CURE AMOUNT:** $10.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections. Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**. Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder"**) wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid"**) to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order. You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II. ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured. The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder. If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

CIT Technology Financing Services, Inc.
21146 Network Place
Chicago, Illinois 60673-1211

CIT Technology Financing Services, Inc.
c/o Vickie Anderson
vickie.anderson@cit.com


　　　　　　　　　　　　　　　　*/s/ Scott A. Stichter*
　　　　　　　　　　　　　　　　Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Chapter 11

SENIOR CARE GROUP, INC.,                        Case No. 8:17-bk-6562-CPM

                                                Jointly Administered with:

KEY WEST HEALTH AND REHABILITATION
CENTER, LLC,                                    Case No. 8:17-bk-06580-CPM

SCG BAYWOOD, LLC,                               Case No. 8:17-bk-06563-CPM

SCG GRACEWOOD, LLC,                             Case No. 8:17-bk-06564-CPM

SCG HARBOURWOOD, LLC,                           Case No. 8:17-bk-06572-CPM

SCG LAURELLWOOD, LLC,                           Case No. 8:17-bk-06576-CPM

THE BRIDGES NURSING AND
REHABILITATION, LLC,                            Case No. 8:17-bk-06579-CPM

        Debtors.
_____/

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **CIT Bank, N.A.** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:**  Lease of Copier by SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $567.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.        THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties: (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn: Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

CIT Bank, N.A.
21146 Network Place
Chicago, Illinois 60673-1211

CIT Bank, N.A.
c/o Vickie Anderson
vickie.anderson@cit.com


           */s/ Scott A. Stichter*
           Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Gracewood Property Co, LLC** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:**  Lease of Premises by SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $411,160.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order. You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured. The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder. If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties: (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn: Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Gracewood Property Co, LLC
1240 Marbella Plaza Drive
Tampa, Florida 33619

*/s/ Scott A. Stichter*
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

## NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD, LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II) ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III) DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS

**NOTICE IS HEREBY GIVEN** that **Harbourwood, LLC** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Harbourwood, LLC is a party:

**CONTRACT:**  Lease of Premises by SCG Harbourwood, LLC

**ARREARAGE CURE AMOUNT:** $745,662.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order. You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured. The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder. If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

Harbourwood, LLC
c/o Camille J. Iurillo, Esquire
Iurillo Law Group, P.A.
5628 Central Avenue
St. Petersburg, Florida 33707
ciurillo@iurillolaw.com

                                         */s/ Scott A. Stichter*
                                         Scott A. Stichter

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Laurellwood, LLC** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Laurellwood, LLC is a party:

**CONTRACT:** Lease of Premises by SCG Laurellwood, LLC

**ARREARAGE CURE AMOUNT:** $427,672.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections. Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**. Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.       THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets. In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids. Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602. The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com. Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**"). The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder"**) wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid"**) to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com;  (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Laurellwood, LLC
1240 Marbella Plaza Drive
Tampa, Florida 33619

                            */s/ Scott A. Stichter*
                            Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

## NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD, LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II) ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III) DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS

**NOTICE IS HEREBY GIVEN** that **Leaf** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:** Lease of Copier by SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $0.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections. Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**. Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder"**) wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid"**) to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order. You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.     ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured. The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder. If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com;  (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

Leaf
P.O. Box 742647
Cincinnati, Ohio 45274-2647

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com

*/s/ Scott A. Stichter*
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **MediLogix, LLC** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Laurellwood, LLC is a party:

**CONTRACT:**  Rental of Medical Equipment by SCG Laurellwood, LLC

**ARREARAGE CURE AMOUNT:** $337.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties: (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn: Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax: (813) 229-1811 FAX
Email: sstichter@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

MediLogix, LLC
Attn: Alan S. Kopit,
 Executive VP and General Counsel
1512 Larimer Street, Suite 400
Denver, Colorado 80202
Email: AKopit@medilogixllc.com

MediLogix, LLC
P.O. Box 205247
Dallas, Texas 75320-4320

MediLogix, LLC
1512 Larimer Street, Suite 400
Denver, Colorado  80202


　　　　　　　　　　　　　　 */s/ Scott A. Stichter*
　　　　　　　　　　　　　　 Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Pitney Bowes Global Finance** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Baywood, LLC is a party:

**CONTRACT:**  Lease of Copier by SCG Baywood, LLC

**ARREARAGE CURE AMOUNT:** $0.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.      THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder"**) wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid"**) to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties: (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn: Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax: (813) 229-1811 FAX
Email: sstichter@srbp.com
Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Pitney Bowes Global Finance
P.O. Box 371887
Pittsburgh, Pennsylvania 15250-7887

*/s/ Scott A. Stichter*
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Pitney Bowes Global Financial Services** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:** Lease of Equipment by SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $1,485.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections. Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**. Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.      THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets. In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids. Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602. The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com. Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**"). The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

/s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, Pennsylvania 15250-7887

                          */s/ Scott A. Stichter*
                          Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |

_____/

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Pitney Bowes Global Financial Services** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Harbourwood, LLC is a party:

**CONTRACT:**  Lease of Equipment by SCG Harbourwood, LLC

**ARREARAGE CURE AMOUNT:** $585.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com;  (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*　　　　　　　　　　
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, Pennsylvania 15250-7887

    _/s/ Scott A. Stichter_____
    Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Purchase Power** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Baywood, LLC is a party:

**CONTRACT:**  Service contract for SCG Baywood, LLC

**ARREARAGE CURE AMOUNT:** $0.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.      THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*　　　　　　　　　　
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to all parties receiving electronic notice and by U.S. Mail to:

Purchase Power
P.O. Box 371874
Pittsburgh, Pennsylvania 15250-7874

_/s/ Scott A. Stichter_
Scott A. Stichter

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Purchase Power** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:**  Service contract for SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $374.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order. You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured. The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder. If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and   eketchum@srbp.com;  (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Purchase Power
P.O. Box 371874
Pittsburgh, Pennsylvania 15250-7874

_/s/ Scott A. Stichter_
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Purchase Power** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Harbourwood, LLC is a party:

**CONTRACT:**  Service contract for SCG Harbourwood, LLC

**ARREARAGE CURE AMOUNT:** $382.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and  eketchum@srbp.com;  (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*　　　　　　　　　
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail to:

Purchase Power
P.O. Box 371874
Pittsburgh, Pennsylvania 15250-7874

    _/s/ Scott A. Stichter_____
    Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Wells Fargo** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:**  Lease of Copier by SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $0.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

Wells Fargo
P.O. Box 105710
Atlanta, Georgia 30348-5710

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com


    */s/ Scott A. Stichter*
Scott A. Stichter

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Wells Fargo Vendor Financial Services** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Harbourwood, LLC is a party:

**CONTRACT:**  Lease of Copier by SCG Harbourwood, LLC

**ARREARAGE CURE AMOUNT:** $2,245.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

Wells Fargo Vendor Financial Services
P.O. Box 105710
Atlanta, Georgia 30348-5710

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com


    */s/ Scott A. Stichter*
Scott A. Stichter

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **Wells Fargo Vendor Financial Services** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Laurellwood, LLC is a party:

**CONTRACT:**  Lease of Copier by SCG Laurellwood, LLC

**ARREARAGE CURE AMOUNT:** $4,022.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com;  (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

Wells Fargo Vendor Financial Services
P.O. Box 105710
Atlanta, Georgia 30348-5710

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com


   */s/ Scott A. Stichter*
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **West Coast Copier Business Solutions** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Baywood, LLC is a party:

**CONTRACT:**  Lease of Copier by SCG Baywood, LLC

**ARREARAGE CURE AMOUNT:** $201.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.        THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*_____
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

West Coast Copier Business Solutions
11533 U.S. Hwy 19 N.
Clearwater, Florida 33764

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com


_/s/ Scott A. Stichter_____
Scott A. Stichter

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |

_____/

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **West Coast Copiers** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Gracewood, LLC is a party:

**CONTRACT:** Lease of Copiers by SCG Gracewood, LLC

**ARREARAGE CURE AMOUNT:** $954.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections. Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**. Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.     THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder**") wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid**") to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

3

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

West Coast Copiers
11533 U.S. Hwy 19 N.
Clearwater, Florida 33764

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com

                                */s/ Scott A. Stichter*
                                Scott A. Stichter

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |

_____/

**NOTICE OF (I) PROPOSED SALE OR OTHER DISPOSITION OF
CERTAIN OF ASSETS OF SCG BAYWOOD, LLC; SCG GRACEWOOD,
LLC; SCG HARBOURWOOD, LLC; AND SCG LAURELLWOOD, LLC, (II)
ASSUMPTION AND ASSIGNMENT OF CONTRACTS, AND (III)
DEADLINE AND PROCEDURES FOR SUBMISSION OF OBJECTIONS**

**NOTICE IS HEREBY GIVEN** that **West Coast Copier** is receiving this Notice on account of that certain contract (the "**Contract**") further described below, to which SCG Harbourwood, LLC is a party:

**CONTRACT:**  Lease of Equipment by SCG Harbourwood, LLC

**ARREARAGE CURE AMOUNT:** $0.00

You are advised to review this Notice in its entirety as it set forth deadlines and procedures for submission of objections.  Please be advised that if you object to the Arrearage Amount set forth above, you must file and serve an objection to this amount no later than **Friday, December 22, 2017**.  Other relevant deadlines are set forth below.

The first section of this Notice (entitled "The Auction and Sale Process") sets forth details regarding the proposed sale or other disposition of certain assets of the Debtors. The second section of this Notice (entitled the "Assumption and Assignment of Contracts") sets forth the deadline and procedures for submission of objections to the assumption and assignment of contracts to the purchaser in the sale process.

## I.    THE AUCTION AND SALE PROCESS

**NOTICE IS HEREBY GIVEN** that SCG Baywood, LLC; SCG Gracewood, LLC; SCG Harbourwood, LLC; and SCG Laurellwood, LLC (collectively, the "**Debtors**") have sought approval of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), for the sale or other disposition of certain of their assets.  In this respect, on November 2, 2017, the Debtors filed with the Bankruptcy Court a motion (the "**Sale Motion**") seeking, among other things, the authority of the Bankruptcy Court for the Debtors to solicit bids for the sale or other disposition of some or all of their assets, to schedule an auction and to seek the approval of the sale of assets free and clear of all liens, claims and encumbrances, except as provided in the sale documents, at the highest and best bids received at auction.

**NOTICE IS FURTHER GIVEN** that this Notice is intended to summarize briefly certain important features of the Sale Motion, the procedures for the solicitation of offers for the proposed sale or other disposition of assets pursuant to the terms of the Sale Motion, and to notify prospective purchasers and other parties in interest of the filing of the Sale Motion and of the deadline and procedures for the submission of any bids.  Prospective purchasers and other parties in interest should not rely solely upon the Notice as it is intended to be a brief summary only, but should instead review the Sale Motion, the order approving the deadline and procedures for the submission of any bids (the "**Bid Procedures Order**"), and other relevant documents on file with the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that the Sale Motion and the Bid Procedures Order are on file with the Bankruptcy Court and are available for inspection and photocopying during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, Tampa Division, 801 N. Florida Ave., Ste. 555, Tampa, Florida 33602.  The Sale Motion and the Bid Procedures Order are posted on the Debtors' counsel's website at www.srbp.com.  Any party wishing to receive a copy of the Sale Motion or the Bid Procedures Order may obtain such copy, via United States first class mail, upon written request to Scott A. Stichter, Esquire, or Elena P. Ketchum, Esquire, counsel for the Debtors, Stichter, Riedel, Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, Florida 33602.

**NOTICE IS FURTHER GIVEN** that a hearing to consider approval of the Sale Motion and to consider any timely filed objections thereto will be held at the United States Bankruptcy Court, Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on **Monday, January 29, 2018 at 1:30 p.m.** (the "**Sale Hearing**").  The Sale Hearing may be adjourned and/or continued in open court from time to time without further notice.

**NOTICE IS FURTHER GIVEN** that any party (a "**Bidder"**) wishing to submit a competing bid for the sale or other disposition of assets (a "**Bid"**) to acquire any or all assets (the "**Assets**") must satisfy each of requirements set forth in the Bid Procedures Order.  You are directed to review the Bid Procedures Order for details and dates regarding the auction and the bidding and auction process.

## II.    ASSUMPTION AND ASSIGNMENT OF CONTRACTS

**NOTICE IS HEREBY GIVEN** that in connection with the sale and auction process, the Contract may be assumed and assigned to TL Capital or another Bidder. In connection with such assumption and assignment, arrearages under the Contract are to be cured.  The Debtors assert the Arrearage Cure Amount reflected above in this Notice is the amount to be cured for any monetary and non-monetary defaults in the event the Contract is assumed and assigned to TL Capital or another Bidder.  If you object to the Arrearage Cure Amount reflected above in this Notice(the "**Cure Amount Objection**"), you must object to the Arrearage Cure Amount in writing and file your objection with the Court **no later than Friday, December 22, 2017** (the "**Cure Amount Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to TL Capital, including based upon the ability of TL Capital to provide adequate assurance of future performance (the "**TL Capital Assumption Objection**"), you must object in writing and file your objection with the Court **by the earlier of (i) 30 days after TL Capital has designated the contract for assignment and the counterparty has been notified of the designation, or (ii) Friday, January 26, 2018** (the "**TL Capital Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that if you object to the Contract being assumed and assigned to the Prevailing Bidder, other than TL Capital, or Backup Bidder, other than TL Capital, including based upon the ability of such bidder to provide adequate assurance of future performance (the "**Competing Bidder Assumption Objection**"), you must object in writing and file your objection with the Court **no later than Friday, January 26, 2018** (the "**Competing Bidder Assumption Objection Deadline**"), which objection shall set forth: (a) the specific grounds of such objection; and (b) any and all defaults of the Debtors (whether monetary or non-monetary) that the objector alleges are in existence under such Contract and, if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults.

**NOTICE IS FURTHER GIVEN** that any timely asserted Cure Amount Objection, TL Capital Assumption Objection, and Competing Bidder Assumption Objection will be decided by the Court at the Sale Hearing.

**NOTICE IS FURTHER GIVEN** that if you fail to timely file written objections to the proposed assumption and/or assignment of the Contract as set forth above, you shall be conclusively deemed to have waived any such objections and to have consented thereto.

**NOTICE IS FURTHER GIVEN** that if you file a Cure Amount Objection, TL Capital Assumption Objection, and/or Competing Bidder Assumption Objection, you must also serve the objection so as to the received by the relevant deadline by the following parties:  (i) counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, Email: sstichter@srbp.com and eketchum@srbp.com; (ii) counsel for the Committee, Robert Lapowsky, Esq., Stevens & Lee, P.C., 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, Email: rl@stevenslee.com and Lori V. Vaughan, Esq., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, Florida 33602, Email: lvaughan@trenam.com, (iii) counsel for Fifth Third, Mark J. Wolfson, Esq., Foley & Lardner, LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, Email: mwolfson@foley.com, (iv) the Office of the United States Trustee, Attn:  Nathan A. Wheatley, Esq., 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Email: nathan.a.wheatley@usdoj.gov, and (v) counsel to the Harbourwood Owners, Camille Iurillo, Iurillo Law Group. P.A., 5628 Central Avenue St. Petersburg, FL 33707: ciurillo@iurillolaw.com.

DATED: November 27, 2017

 /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811 FAX
Email:  sstichter@srbp.com
Attorneys for Debtors

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been

furnished on this 27th day of November, 2017 by the Court's CM/ECF electronic mail system to

all parties receiving electronic notice and by U.S. Mail and E-Mail Transmission to:

West Coast Copier
11533 U.S. Hwy 19 N.
Clearwater, Florida 33764

Brad W. Hissing, Esquire
Wetherington Hamilton
1010 N. Florida Ave.
Tampa, FL 33602
bradh@whhlaw.com


       */s/ Scott A. Stichter*
       Scott A. Stichter