ORDERED.

Dated:  December 01, 2017

_Catherine Peek McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| In re: | Chapter 11 |
|---|---|
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| Debtors. | |
| _____/ | |

**ORDER GRANTING MOTION TO REJECT OPERATIONS
TRANSFER AND SURRENDER AGREEMENT (HARBOURWOOD)**

THESE CASES came before the Court for hearing on November 20, 2017, at 9:30 a.m. upon the _Debtors' Motion to Reject Operations Transfer and Surrender Agreement_

*(Harbourwood)* (the "**Motion**") (Doc. No. 194).  For the reasons announced on the record at the hearing which shall constitute the decision of the Court, it is

**ORDERED** that:

1. The Motion is granted to the extent, if any, that the Operations Transfer and Surrender Agreement (Harbourwood) was an executory contract on the Petition Date.

2. The Operations Transfer and Surrender Agreement (Harbourwood) (the "**Agreement**") between SCG Harbourwood, LLC and Bluestone Group ("**Bluestone**") attached as Exhibit A to the Motion is rejected.

3. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

*Attorney Scott Stichter is directed to serve a copy of this order on interested parties who are non-ECF users and file a proof of service within 3 days of entry of the order.*