UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE GROUP, INC., | Case No. 8:17-bk-6562-CPM |
| | Jointly Administered with: |
| KEY WEST HEALTH AND REHABILITATION CENTER, LLC, | Case No. 8:17-bk-06580-CPM |
| SCG BAYWOOD, LLC, | Case No. 8:17-bk-06563-CPM |
| SCG GRACEWOOD, LLC, | Case No. 8:17-bk-06564-CPM |
| SCG HARBOURWOOD, LLC, | Case No. 8:17-bk-06572-CPM |
| SCG LAURELLWOOD, LLC, | Case No. 8:17-bk-06576-CPM |
| THE BRIDGES NURSING AND REHABILITATION, LLC, | Case No. 8:17-bk-06579-CPM |
| SCG MADILL BROOKSIDE, LLC | Case No. 8:17-bk-10101-CPM |
| SCG DURANT FOUR SEASONS, LLC | Case No. 8:17-bk-10103-CPM |
| SCG LAKE COUNTRY, LLC | Case No. 8:17-bk-10104-CPM |
| SCG OAK RIDGE, LLC | Case No. 8:17-bk-10107-CPM |
| SCG RED RIVER, LLC | Case No. 8:17-bk-10108-CPM |
| SCG RED RIVER MANAGEMENT, LLC | Case No. 8:17-bk-10109-CPM |

Debtors.
_____/

**RESPONSE AND CURE AMOUNT OBJECTION REGARDING DOC. NO. 243 BY GORDON B. LINK INDUSTRIES, INC. DBA WCC BUSINESS SOLUTIONS**

GORDON B. LINK INDUSTRIES, INC. DBA WCC BUSINESS SOLUTIONS ("WCC") responds to the Debtor's Notice of Filing And Service of Notices of (I) Proposed Sale Or Other Disposition of Certain Assets and (II) Assumption and Assignment of Contracts (Doc. No. 243) ( ("Notice") pertaining to the proposed sale of the "Woods Properties" set forth in the Notice, and states as follows:

1. WCC is a party to maintenance contracts with the Debtor for copiers on the various Woods Properties as well as the maintenance provider and Vendor under certain leases between

1

the Debtor and third-party leasing entities such as Wells Fargo Financial, Everbank and Leaf Leasing Services for copiers on these Properties.

2.  The various contracts have different allowances for the number of copies—both Black & White and Color—allowed per copier each month under the flat maintenance fee for each. The copiers in place on the Properties have meters which record the copier activity each month. WCC is entitled to "overages" on a per-copy basis for the excess copies. Accordingly, in the usual situation, the Debtor will receive invoices for the both the maintenance flat fee as well as the monthly overages, if applicable. In addition, WCC provides service for the copiers as well as replaces toner and other items related to the operation of the copiers.

3.  The WCC maintenance fee plus the overages (if any) are invoiced directly by WCC for the stand-alone maintenance contracts and are bundled with the third-party leasing company invoices for these third-party accounts.

4.  WCC objects to the monetary cure amounts set forth in the Notice. As of the date of this Response—December 20, 2017—the correct monetary cure amounts are as follows:

   a.  **Baywood**
       Maintenance and Service Contract 17\*\*-01
       Stand-Alone (Unbundled)
       Copiers in Location:   2
       Prepetition:    $201.33
       Postpetition:   $717.74
             **Total: $919.07**

   b.  **Gracewood Contract #1**
       Maintenance and Service Contract 2\*33-01
       Copiers in Location:   1 (for this Contract)
       Stand-Alone (Unbundled)
       Prepetition:    $250.81
       Postpetition:   $371.72
             **Total: $622.53**

    c.    **Gracewood Contract #2**
Maintenance and Service Contract 2*62-01
Copiers in Location:   1 (for this Contract)
Stand-Alone (Unbundled)
Prepetition:      $703.65
Postpetition:    $761.78
        **Total: $1,465.43**

    d.    **Transitions Rehabilitation @ Gracewood**
Maintenance and Service Contract #S20**-01
Copiers in Location:   1
Bundled with Leaf Lease #100-69907**-005
Prepetition:      $0.00
Postpetition:    $69.00
        **Total: $69.00**

    e.    **Laurelwood**
Maintenance and Service Contract #15**-01
Copiers in Location:   2
Bundled with Wells Fargo Lease #901361857**
Prepetition:      $965.25
Postpetition:    $637.50
        **Total: $1,602.75**

    f.    **Harbourwood**
Maintenance and Service Contract #18**-01
Copiers in Location:   3
Bundled with Wells Fargo Lease #901363962**
Prepetition:      $777.26
Postpetition:    $961.66
        **Total: $1,738.92**

5.    The corresponding invoice numbers pertaining to the prepetition and postpetition amounts set forth above will be provided to any interested party upon request.

6.    WCC has no objection to the aforementioned contracts being assumed and assigned, provided that the correct prepetition and postpetition defaulted amounts are paid in full prior to such assumption and assignment.

WETHERINGTON HAMILTON, P.A.

/s/ Brad W. Hissing
Brad W. Hissing
1010 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 225-1918
Fax:     (813) 2292521
bradh@whhlaw.com
Florida Bar No. 854794

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 20, 2017 by electronic mail via CM/ECF pursuant to Local Rule 7005-3 to the following:

(i) Counsel to the Debtors, Scott A. Stichter, Esq. and Elena Paras Ketchum, Esq., sstichter@srbp.com and eketchum@srbp.com;
(ii) counsel for the Committee, Robert Lapowsky, Esq., rl@stevenslee.com and Lori V. Vaughan, Esq., lvaughan@trenam.com;
(iii) counsel for Fifth Third, Mark J. Wolfson, Esq., mwolfson@foley.com,
(iv) the Office of the United States Trustee, Attn: Nathan A. Wheatley, Esq.; nathan.a.wheatley@usdoj.gov;
(v) counsel to the Harbourwood Owners, Camille Iurillo, Esq., ciurillo@iurillolaw.com

AND

to all other parties who have appeared by electronic notice in this case.

//s/ Brad W. Hissing
Brad W. Hissing