ORDERED.

Dated:  January 17, 2018

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Senior Care Group, Inc., | 8:17-bk-06562-CPM |
| | |
| | Jointly Administered with: |
| | |
| Key West Health and Rehabilitation Center, LLC, | 8:17-bk-06580-CPM |
| SCG Baywood, LLC, | 8:17-bk-06563-CPM |
| SCG Gracewood, LLC, | 8:17-bk-06564-CPM |
| SCG Harbourwood, LLC, | 8:17-bk-06572-CPM |
| SCG Laurellwood, LLC, | 8:17-bk-06576-CPM |
| The Bridges Nursing and Rehabilitation, LLC, | 8:17-bk-06579-CPM |
| SCG Madill Brookside, LLC, | 8:17-bk-10101-CPM |
| SCG Durant Four Seasons, LLC, | 8:17-bk-10103-CPM |
| SCG Lake Country, LLC, | 8:17-bk-10104-CPM |
| SCG Oak Ridge, LLC, | 8:17-bk-10107-CPM |
| SCG Red River, LLC, | 8:17-bk-10108-CPM |
| SCG Red River Management, LLC, | 8:17-bk-10109-CPM |

   Debtor(s).
_____/

**AMENDED ORDER GRANTING DEBTOR'S EXPEDITED
MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

THIS MATTER came before the Court on the United States Trustee's Ore Tenus Motion to Sever and Modify Joint Administration of Cases 17-10101, 17-10103, 17-10104, 17-10107, 17-10108, and 17-10109 (the "Motion") on January 11, 2018 at 11:00 a.m.  Adequate and sufficient notice and opportunity for a hearing, appropriate in the particular circumstances, was

afforded all parties in accordance with 11 U.S.C. §§ 102(1) and 1112.  For the reasons stated orally and recorded in open court, constituting this Court's findings and conclusions, good cause is found that the Motion should be granted.  Accordingly, **IT IS ORDERED** that:

1. The United States Trustee's Motion is GRANTED.

2. The Order Granting Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (the "Administration Order"), dated December 7, 2017 is hereby modified and amended as set forth herein.[1]

3. The joint administration of the Bankruptcy Cases (as defined in the Administration Order) is hereby severed from the related Chapter 11 cases of Senior Care Group, Inc., Key West Health and Rehabilitation Center, LLC, SCG Baywood, LLC, SCG Gracewood, LLC, SCG Harbourwood, LLC, SCG Laurellwood, LLC, and The Bridges Nursing and Rehabilitation, LLC.

4. The Bankruptcy Cases shall be jointed administered and Case No. 8:17-bk-10101-CPM is re-designated the "lead case."

5. The Clerk of Court shall maintain a single docket and Court file under the re-designated "lead case" number (8:17-bk-10101-CPM).

6. The Clerk of Court shall maintain separate claim files, ballot file (if separate plans are filed), and claims registers for each Bankruptcy Case.

7. Except as otherwise set forth below, all papers, including, without limitation, motions, applications, notices, monthly operating reports, and orders, shall be filed in the "lead case" and shall bear the following joint administration caption:

---

[1] Except as otherwise stated herein, all defined terms shall have the same meaning as in the Administration Order.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SCG Madill Brookside, LLC, | 8:17-bk-10101-CPM |
| | Jointly Administered with: |
| SCG Durant Four Seasons, LLC, | 8:17-bk-10103-CPM |
| SCG Lake Country, LLC, | 8:17-bk-10104-CPM |
| SCG Oak Ridge, LLC, | 8:17-bk-10107-CPM |
| SCG Red River, LLC, | 8:17-bk-10108-CPM |
| SCG Red River Management, LLC, | 8:17-bk-10109-CPM |
| Debtor(s). | |
| _____/ | |

8. The following papers shall be filed in the separate Bankruptcy Cases: list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules and statements of financial affairs (and any amendments thereto), claims (and any objections thereto), and ballots, if separate plans are filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted.

9. The Clerk of the Court is hereby directed to docket a Proceeding Memorandum in In re Senior Care Group, Inc., Case No. 8:17-bk-06562-CPM, In re SCG Durant Four Seasons, LLC, Case No. 8:17-bk-10103-CPM, SCG Lake Country, LLC, Case No. 8:17-bk-10104-CPM, SCG Oak Ridge, LLC, Case No. 8:17-bk-10107-CPM, In re: SCG Red River, LLC, Case No. 8:17-bk-10108-CPM, and SCG Red River Management, LLC, Case No. 8:17-bk-10109-CPM advising all CM/ECF filers and PACER users that all future filings in the Bankruptcy Cases shall be filed and docketed under In re: SCG Madill Brookside, LLC, Case No. 8:17-bk10101-CPM except the list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules

and statements of financial affairs (and any amendments thereto), claims (and any objections thereto), and ballots, if separate plans are filed.

10. In instances where the relief requested in a filing pertains to a specific Debtor or Debtors, the jointly administered caption shall be modified to indicate the specific Debtor or Debtors to which the filing or order applies. The title, as well as the first paragraph, of the paper or order shall indicate the specific Debtor or Debtors to which it applies. This caption shall bear the following form:

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION<br>
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SCG Madill Brookside, LLC, | 8:17-bk-10101-CPM |
| | |
| | Jointly Administered with: |
| | |
| SCG Durant Four Seasons, LLC, | 8:17-bk-10103-CPM |
| SCG Lake Country, LLC, | 8:17-bk-10104-CPM |
| SCG Oak Ridge, LLC, | 8:17-bk-10107-CPM |
| SCG Red River, LLC, | 8:17-bk-10108-CPM |
| SCG Red River Management, LLC, | 8:17-bk-10109-CPM |
| Debtor(s). _____/ | |
| | |
| [Name of Specific Debtor], | Case No. 8:17-bk- |
| Applicable Debtor(s). _____/ | |

11. The debtors in possession, or if applicable, trustee, shall not commingle assets or liabilities unless and until it is determined, after notice and hearing, that the Bankruptcy Cases involve the same debtor or that another ground exists to order substantive consolidation of the Bankruptcy Cases.

12. As creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the "lead case."

*Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who are non-ECF users and file a proof of service within 3 days of entry of the order.*